```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KAREN LADA,                        )
                                   ) Civil Action
            Plaintiff              ) No. 08-cv-04754
                                   )
      vs.                          )
                                   )
DELAWARE COUNTY COMMUNITY COLLEGE; )
CLAYTON RAILEY; and                )
VIRGINIA CARTER,                   )
                                   )
            Defendants             )
```

O R D E R

NOW, this 30th day of September, 2009, upon consideration of the following documents:

(1) Defendants' Motion to Dismiss filed January 7, 2009;

(2) Defendants' Memorandum of Law in Support of Their Motion to Dismiss Plaintiff's Complaint, which memorandum was filed January 7, 2009;

(3) Plaintiff's Response in Opposition to Defendants' Motion to Dismiss in Part, which response was filed January 26, 2009;

(4) Plaintiff's Memorandum in Support of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss in Part, which memorandum was filed January 26, 2009;

(5) Defendants' Reply Memorandum of Law in Support of Their Motion to Dismiss Portions of Plaintiff's Complaint, which reply memorandum was attached as Exhibit A to

      Defendants' Motion for Leave to File a Reply Brief in Support of Their Motion to Dismiss;

and for the reasons articulated in the accompanying Opinion,

      <u>IT IS ORDERED</u> that Defendants' Motion to Dismiss is granted in part and denied in part.

      <u>IT IS FURTHER ORDERED</u> that on or before October 23, 2009, plaintiff shall make a more definite statement of her First Amendment Retaliation claim in Count I pursuant to Federal Rule of Civil Procedure 12(e), or plaintiff's First Amendment Retaliation claim may be dismissed for failure to state a claim upon which relief can be granted.

      <u>IT IS FURTHER ORDERED</u> that plaintiff's Equal Protection claims in Count I are dismissed against all defendants.

      <u>IT IS FURTHER ORDERED</u> that Count I is dismissed against defendant Delaware County Community College.

      <u>IT IS FURTHER ORDERED</u> that Counts IV, V, VI, and VII of plaintiff's Complaint are dismissed in their entirety.

      <u>IT IS FURTHER ORDERED</u> that in all other respects Defendants' Motion to Dismiss is denied.

      <u>IT IS FURTHER ORDERED</u> that defendants shall have until November 12, 2009 to answer plaintiff's Complaint.

                          BY THE COURT:

                          <u>/s/ James Knoll Gardner</u>
                          James Knoll Gardner
                          United States District Judge