```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KAREN LADA,                        )
                                   )  Civil Action
              Plaintiff            )  No. 08-cv-4754
                                   )
         vs.                       )
                                   )
DELAWARE COUNTY COMMUNITY          )
 COLLEGE;                          )
CLAYTON RAILEY; and                )
VIRGINIA CARTER,                   )
                                   )
              Defendants           )
```

O R D E R

NOW, this 15th day of March, 2011, upon consideration of the attached Stipulation to Withdraw Certain Claims With Prejudice, which stipulation was filed February 28, 2011;

IT IS ORDERED that the stipulation is approved.

IT IS FURTHER ORDERED that the Fourteenth Amendment procedural due process claim based upon plaintiff's alleged property rights contained in Count I of plaintiff's Amended Complaint is dismissed with prejudice against defendants Clayton Railey and Virginia Carter.

IT IS FURTHER ORDERED that the Fourteenth Amendment procedural due process claim based upon plaintiff's alleged liberty interest contained in Count I of plaintiff's Amended Complaint is dismissed with prejudice against defendants Clayton Railey and Virginia Carter.

IT IS FURTHER ORDERED that the Pennsylvania Human Relations Act claim contained in Count III of plaintiff's Amended

Complaint is dismissed with prejudice against defendant Virginia Carter.

                                BY THE COURT:


                                /s/ James Knoll Gardner
                                James Knoll Gardner
                                United States District Judge